IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIEN FRAZIER | * | |
| v. | * | Civil No. CCB-19-473 |
| SYNCHRONY BANK | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Now pending are the motion by defendant Synchrony Bank ("Bank") to dismiss the complaint (ECF No. 9) and plaintiff Erien Frazier's motion for leave to amend her complaint (ECF No. 16). For the reasons stated by the Bank, its motion is **Granted,** and Frazier's motion is **Denied**. Frazier has no standing to bring these claims nor, as a non-attorney, does she have authority to represent another individual who may have the right to bring them.

Accordingly, this case is **Dismissed**. The Clerk shall send a copy of this Order to Frazier and counsel of record.

So Ordered this 9th day of July 2019.

/S/ _____
Catherine C. Blake
United States District Judge